UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

G. YVONNE STEPHENS,

        Plaintiff,

v.

MARY JO A. JENSEN-CARTER, Trustee of
the Bankruptcy Estate of Larry K. Alexander,
and JOHN A. HEDBACK, Trustee of the
Bankruptcy Estate of G. Yvonne Stephens,

        Defendants.

Civil No. 06-2327 (PJS)

ORDER

---

    G. Yvonne Stephens, PRO SE, plaintiff.

    Michael J. Iannacone, III, IANNACONE LAW OFFICE, attorney for defendant Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander.

    John A. Hedback, HEDBACK ARENDT & CARLSON, attorney for defendant John A. Hedback, Trustee of the Bankruptcy Estate of Larry K. Alexander.

    Upon further consideration, it is hereby ORDERED that the hearing in this case currently scheduled for January 24, 2007 at 9:30 a.m is CANCELED. The Court will decide the plaintiff's Motion to Withdraw Reference based on the papers that have been filed to date.

Dated: January 17, 2007

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge